

## 21SN-CC00077 - SHELLEY BRYANT V WAL-MART STORES EAST LP ET AL (E-CASE)

| Case FV | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

**Click here to eFile on Case**
**Click here to Respond to Selected Documents**

Sort Date Entries: ◉ Descending ○ Ascending    Display Options: All Entries

---

**07/22/2021**   ☐ **Notice of Service**
Summons Return 21-SMCC-479; Electronic Filing Certificate of Service.

☐ **Corporation Served**
Document ID - 21-SMCC-479; Served To - WAL-MART STORES EAST, LP; Server - SO ST LOUIS COUNTY-CLAYTON; Served Date - 21-JUL-21; Served Time - 09:00:00; Service Type - Sheriff Department; Reason Description - Served; Service Text - Served to LCW - D. Garcia, Intake Specialist

**07/12/2021**   ☐ **Alias Summons Issued**
Document ID: 21-SMCC-479, for WAL-MART STORES EAST, LP. SUMMONS ATTACHED IN PDF FORM FOR ATTORNEY TO RETRIEVE FROM SECURE CASE NET AND ATTACH COPY OF PETITION FOR SERVICE BY SHERIFF.

**07/06/2021**   ☐ **Notice of Service**
Out of Time Summons. 21-SMCC-284
   **Filed By:** TOM ALBERT KAPSTROM
   **On Behalf Of:** SHELLEY BRYANT

☐ **Summons Returned Non-Est**
Document ID - 21-SMCC-284; Served To - WAL-MART STORES EAST, LP; Server - ; Served Date - 06-JUL-21; Served Time - 00:00:00; Service Type - Sheriff Department; Reason Description - Non-est; Service Text - Summons returned NON-EST, Out of Time

**07/02/2021**   ☐ **Judge/Clerk - Note**
Alias summons to be issued when return for original summons 21-SMCC-284 is filed with the Court.

**07/01/2021**   ☐ **Alias Summons Requested**
Request for Alias Summons.
   **Filed By:** TOM ALBERT KAPSTROM
   **On Behalf Of:** SHELLEY BRYANT

**04/23/2021**   ☐ **Summons Issued-Circuit**
Document ID: 21-SMCC-284, for WAL-MART STORES EAST, LP. SUMMONS ATTACHED IN PDF FORM FOR ATTORNEY TO RETRIEVE FROM SECURE CASE NET AND ATTACH COPY OF PETITION FOR SERVICE BY SHERIFF.

☐ **Case Review Scheduled**
Case set for review. No appearance necessary. If no filings or pleadings filed within 6 months prior to the case review, case will be set for dismissal hearing approximately 60 days out, or the next Law/Motion Day Docket. Clerk will notify the pro se parties of the dismissal hearing by mail if service has been acquired and counsel will be notified by e-notice.
   **Scheduled For:** 03/25/2022;  4:00 PM ;  DAVID ALLEN COLE;  Stone

EXHIBIT

Case 3:21-cv-05068-LMC   Document 1-1   Filed 08/17/21   Page 1 of 13

**04/22/2021**    ☐   **Request for Jury Trial Filed**
Request for Jury Trial made in Petition.

         ☐   **Filing Info Sheet eFiling**
            **Filed By:** TOM ALBERT KAPSTROM

         ☐   **<u>Pet Filed in Circuit Ct</u>**
Petition for Damages.
            **Filed By:** TOM ALBERT KAPSTROM
            **On Behalf Of:** SHELLEY BRYANT

         ☐   **Judge Assigned**

---

## IN THE CIRCUIT COURT OF STONE COUNTY, MISSOURI

SHELLEY BRYANT,                                       )
c/o SPRINGFIELD INJURY LAW, PC                        )
3100 S. National Ave., Suite 101                      )
Springfield, Missouri 65807                           )
                                                      )
           Plaintiff,       )
                                                      )
vs.                                                   )    **Case No.**
                                                      )
WAL-MART STORES EAST, LP                              )
    **Serve at:**                                  )
    CT Corporation System                         )
    120 South Central Ave.                        )
    Clayton, Missouri  63105                      )
                                                      )
and                                                   )
                                                      )
JANE DOE CASHIER                                      )
                                                      )
           Defendants.     )

### PETITION FOR DAMAGES
#### Jury Trial Requested

COMES NOW Plaintiff Shelley Bryant, by and through her attorneys Springfield Injury Law, PC, and for her cause of action against Defendant Wal-Mart Stores EAST, LP, states and alleges as follows:

1.     Plaintiff Shelley Bryant (hereinafter "Ms. Bryant") has been, at all relevant times, a resident of Christian County, Missouri.

2.     Defendant Wal-Mart Stores East, LP, (hereinafter "Wal-Mart") is a Delaware for-profit corporation, with its principal place of business in Bentonville, Arkansas and with authority to do business in the State of Missouri, with the following registered agent and registered address: CT Corporation System, 120 South Central Avenue, Clayton, Missouri 63150.

3.    Defendant Jane Doe's (hereinafter "Jane Doe") exact identity is presently unknown, but the identity of Defendant Jane Doe will be substituted at such time as it becomes known to plaintiff through the course of discovery.

4.    Upon information and belief, Jane Doe has been, at all relevant times, a resident of Stone County, Missouri.

5.    Plaintiff was first injured in Stone County, Missouri. Accordingly, the venue is proper in Stone County, Missouri under R.S. Mo. § 508.010.

6.    Wal-Mart operates a retail and discount store at Store #2175, located at 18401 MO-13, Branson West, Missouri 65737 (hereinafter "Store").

7.    On or about October 27, 2016, as an invitee, Ms. Bryant was shopping for groceries in the store.

8.    Ms. Bryant placed the items she was purchasing on the check out conveyor and proceeded to stand next to the bagging area as Jane Doe, the employee of Defendant, scanned and bagged Ms. Bryant's items.

9.    While the Jane Doe was in the process of scanning and bagging Ms. Bryant's items, Jane Doe knocked a large heavy can of soup off of the checking counter and directly onto Ms. Bryant's foot.

10.    Jane Doe was negligent as follows:

    (a)    She failed to follow Wal-Mart's safety policies regarding the scanning and bagging of items on or about the check out-counter.

    (b)    She carelessly, and without warning, knocked the heavy can of soup off of the counter and directly onto plaintiff's foot.

11.    As a result of Jane Doe's negligence, Ms. Bryant sustained the following:

2

(a) Injury to her right foot;

(b) Compartmentalized Regional Pain Syndrome;

(c) Expenses for future medical care and treatment;

(d) Emotional upset, anxiety, pain and suffering.

12.     At the time of the incident referred to above, Jane Doe was employed by Wal-Mart and was acting in the course and scope of her employment with Wal-Mart, and in the furtherance of Wal-Mart's business interest.

13.     Defendant Wal-Mart was negligent as follows:

(a)     It failed to properly train Jane Doe in the safety procedures regarding the scanning and bagging of items on or about the check-out counter;

(b)     It failed to properly supervise Jane Doe to ensure Jane Doe was following all of Wal-Marts safety procedures regarding the scanning and bagging of items on or about the check-out counter;

(c)     It failed to have adequate safety baricades in place at the check-out counter to prevent items from being knocked off of the counter and injuring customers;

(d)     It failed to have adequate warning signs about the lack of a safety barricade at the check-out counter.

14.     As a result of Wal-Mart's negligence, Ms. Bryant sustained the following:

(a) Injury to her right foot;

(b) Compartmentalized Regional Pain Syndrome;

(c) Expenses for future medical care and treatment;

(d) Emotional upset, anxiety, pain and suffering.

3

WHEREFORE, Plaintiff Shelley Bryant requests judgment in her favor against Jane Doe and Wal-Mart Stores East, LP, for damages as are fair and reasonable, for her costs herein expended, with lawful post-judgment interest on the full judgment until paid in full, and for such other and further relief as the Court may deem just and fair under the circumstances.

Respectfully Submitted,

**SPRINGFIELD INJURY LAW**

By:_____*/s/ Tom A. Kapstrom*_____
Tom A. Kapstrom, MO Bar #65555
Attorneys for Plaintiff
3100 S. National Ave., Suite 101
Springfield, MO 65807
Telephone: (417) 877-0697
Facsimile: (888) 545-1573
Email: tom@springfieldinjury.com

4



# IN THE 39TH JUDICIAL CIRCUIT, STONE COUNTY, MISSOURI

| Judge or Division:<br>DAVID ALLEN COLE | Case Number: 21SN-CC00077 |
|---|---|
| Plaintiff's/Petitioner:<br>SHELLEY BRYANT | Plaintiff's/Petitioner's Attorney/Address<br>TOM ALBERT KAPSTROM<br>3100 SOUTH NATIONAL AVE.<br>SUITE 101<br>SPRINGFIELD, MO 65807 |
| vs. | |
| Defendant/Respondent:<br>WAL-MART STORES EAST, LP | Court Address:<br>110 F SOUTH MAPLE<br>P O BOX 18<br>GALENA, MO 65656 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to: WAL-MART STORES EAST, LP**
                              **Alias:**

CT CORPORATION SYSTEM
120 S CENTRAL AVE
CLAYTON, MO 63105
**COURT SEAL OF**

**STONE COUNTY**

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

_____04/23/2021_____                    _____/s/Paula Ahnert_____
Date                                         Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____        _____
Printed Name of Sheriff or Server                Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____        _____
                              Date                        Notary Public

| **Sheriff's Fees, if applicable** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only:* **Document Id # 21-SMCC-284**      1 of 1      Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 3:21-cv-05068-LMC   Document 1-1   Filed 08/17/21   Page 7 of 13

Electronically Filed - Stone - July 01, 2021 - 04:25 PM



**SPRINGFIELD
INJURY LAW**

July 1, 2021

Ms. Mariah Rapp
CIRCUIT CLERK OF STONE COUNTY
110 F South Maple
P.O. Box 18
Galena, MO 65656

> Re:    Shelley Bryant v Wal-Mart Stores East, LP
> *Stone County Case No.: 21SN-CC00077*
> **Request for Alias Summons – Defendant Wal-Mart Stores East, LP**

Dear Ms. Rapp:

We respectfully request that you issue an Alias Summons in the above-referenced matter as to Defendant Wal-Mart Stores East, LP.

Wal-Mart Stores East, LP service address is:

Walmart Stores East, LP
c/o CT Corporation System
120 South Central Avenue
Clayton, Missouri 63105

Thank you for your attention to this matter. As always, please feel free to contact the undersigned with any questions or concerns.

Sincerely,

*/s/Tom A. Kapstrom*

TOM A. KAPSTROM, ESQ.
tom@springfieldinjury.com

TAK\vcb

1531 E. Bradford Parkway, Suite 320 • Springfield, MO 65804
Office: 417.877.0697 | Fax: 888.545.1573 | www.springfieldinjury.com

Case 3:21-cv-05068-LMC   Document 1-1   Filed 08/17/21   Page 8 of 13

Electronically Filed - Stone - July 06, 2021 - 12:41 PM

*Out of Time*



# IN THE 39TH JUDICIAL CIRCUIT, STONE COUNTY, MISSOURI

| Judge or Division:<br>DAVID ALLEN COLE | Case Number: 21SN-CC00077 |
|---|---|
| Plaintiff/Petitioner:<br>SHELLEY BRYANT | Plaintiff's/Petitioner's Attorney/Address<br>TOM ALBERT KAPSTROM<br>3100 SOUTH NATIONAL AVE.<br>SUITE 101 |
| vs. | SPRINGFIELD, MO 65807 |
| Defendant/Respondent:<br>WAL-MART STORES EAST, LP | Court Address:<br>110 F SOUTH MAPLE<br>P O BOX 18 |
| Nature of Suit:<br>CC Pers Injury-Other | GALENA, MO 65656 | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: WAL-MART STORES EAST, LP
Alias:

CT CORPORATION SYSTEM
120 S CENTRAL AVE
CLAYTON, MO 63105

**COURT SEAL OF**

30 CTCOR w

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**STONE COUNTY**

_____04/23/2021_____    _____/s/Paula Ahnert_____
Date                          Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with
_____, a person of the defendant's/respondent's family over the age of
15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).
☐ other: _____

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server              Signature of Sheriff or Server
                    Must be sworn before a notary public if not served by an authorized officer:

                    Subscribed and sworn to before me on _____ (date).
(Seal)

                    My commission expires: _____     _____
                                            Date                    Notary Public

| **Sheriff's Fees, if applicable** | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $___10.00___ | |
| Mileage | $_____ ( _____ miles @ $._____ per mile) | |
| **Total** | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only:* Document Id # 21-SMCC-284      1 of 1      Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

*Out of Time*



# IN THE 39TH JUDICIAL CIRCUIT, STONE COUNTY, MISSOURI

| Judge or Division:<br>DAVID ALLEN COLE | Case Number: 21SN-CC00077 |
|---|---|
| Plaintiff/Petitioner:<br>SHELLEY BRYANT<br><br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>TOM ALBERT KAPSTROM<br>3100 SOUTH NATIONAL AVE.<br>SUITE 101<br>SPRINGFIELD, MO 65807 |
| Defendant/Respondent:<br>WAL-MART STORES EAST, LP | Court Address:<br>110 F SOUTH MAPLE |
| Nature of Suit:<br>CC Pers Injury-Other | P O BOX 18<br>GALENA, MO 65656         (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: WAL-MART STORES EAST, LP
                                           Alias:

CT CORPORATION SYSTEM   30 CTCOR
120 S CENTRAL AVE                     vw
CLAYTON, MO 63105
   **COURT SEAL OF**

   You are summoned to appear before this court and to file your pleading to the petition, a
   copy of which is attached, and to serve a copy of your pleading upon the attorney for
   plaintiff/petitioner at the above address all within 30 days after receiving this summons,
   exclusive of the day of service. If you fail to file your pleading, judgment by default may
   be taken against you for the relief demanded in the petition.

   **STONE COUNTY**        _____04/23/2021_____          _____/s/Paula Ahnert_____
                                              Date                                             Clerk

                        Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with
_____, a person of the defendant's/respondent's family over the age of
15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).
☐ other: _____
Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____        _____
        Printed Name of Sheriff or Server                      Signature of Sheriff or Server
             **Must be sworn before a notary public if not served by an authorized officer:**
             Subscribed and sworn to before me on _____ (date).
  *(Seal)*
             My commission expires: _____        _____
                                                       Date                            Notary Public

| **Sheriff's Fees, if applicable** | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $____10.00____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all
classes of suits, see Supreme Court Rule 54.



## IN THE 39TH JUDICIAL CIRCUIT, STONE COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>DAVID ALLEN COLE | Case Number: 21SN-CC00077 |
| Plaintiff's/Petitioner:<br>SHELLEY BRYANT<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>TOM ALBERT KAPSTROM<br>1531 EAST BRADFORD PARKWAY<br>SPRINGFIELD, MO 65804 |
| Defendant/Respondent:<br>WAL-MART STORES EAST, LP | Court Address:<br>110 F SOUTH MAPLE |
| Nature of Suit:<br>CC Pers Injury-Other | P O BOX 18<br>GALENA, MO 65656 | (Date File Stamp) |

### Alias Summons in Civil Case

**The State of Missouri to: WAL-MART STORES EAST, LP**
                         **Alias:**

CT CORPORATION SYSTEM
120 S CENTRAL AVE
CLAYTON, MO 63105
*COURT SEAL OF*

*STONE COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

| July 12, 2021 | /s/Misty Smith, Deputy Clerk |
|---|---|
| Date | Clerk |

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

| _____ | _____ |
|---|---|
| Printed Name of Sheriff or Server | Signature of Sheriff or Server |

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____    _____

| Date | Notary Public |

**Sheriff's Fees, if applicable**

| | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only:* **Document Id # 21-SMCC-479**    **1 of 1**    Civil Procedure Form No. 1; Rules 54.01 – 54.05,<br>54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 3:21-cv-05068-LMC   Document 1-1   Filed 08/17/21   Page 11 of 13

Electronically Filed - Stone - July 22, 2021 - 11:06 AM

 *review*

## IN THE 39TH JUDICIAL CIRCUIT, STONE COUNTY, MISSOURI

8B
8-15

| Judge or Division:<br>DAVID ALLEN COLE | Case Number: 21SN-CC00077 |
|---|---|
| Plaintiff/Petitioner:<br>SHELLEY BRYANT | Plaintiff's/Petitioner's Attorney/Address<br>TOM ALBERT KAPSTROM<br>1531 EAST BRADFORD PARKWAY<br>SPRINGFIELD, MO 65804 |
| vs. | |
| Defendant/Respondent:<br>WAL-MART STORES EAST, LP | Court Address:<br>110 F SOUTH MAPLE<br>P O BOX 18<br>GALENA, MO 65656 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## Alias Summons in Civil Case

**The State of Missouri to:** WAL-MART STORES EAST, LP

**Alias:** 30
CTCOR
ym

CT CORPORATION SYSTEM
120 S CENTRAL AVE
CLAYTON, MO 63105

**COURT SEAL OF**

**STONE COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_____July 12, 2021_____          _/s/Misty Smith, Deputy Clerk_
Date                                          Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☒ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: **LCW – D. GARCIA** (name) **INTAKE SPECIALIST** (title).

☐ other: _____

Served at **CT CORPORATION** _____ (address)

in **St. Louis County** (County/City of St. Louis), MO, on **JUL 2 1 2021** (date) at **9 A.M.** (time).

_Tiffany Moore_
Printed Name of Sheriff or Server                     Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer.

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____
Date                                          Notary Public

### Sheriff's Fees, if applicable

| | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $____10.00____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| Total | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

21-SMCC-6219          7-19-21

OSCA (06-18) SM30 (SMCC) *For Court Use Only:* Document Id # 21-SMCC-479          1 of 1          Civil Procedure Form No. 1; Rules 54.01 –54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo



# IN THE 39TH JUDICIAL CIRCUIT, STONE COUNTY, MISSOURI

*luluio*

8B
8·15

Electronically Filed - Stone - July 22, 2021 - 11:06 AM

| | |
|---|---|
| Judge or Division:<br>DAVID ALLEN COLE | Case Number: 21SN-CC00077 |
| Plaintiff/Petitioner:<br>SHELLEY BRYANT | Plaintiff's/Petitioner's Attorney/Address<br>TOM ALBERT KAPSTROM<br>1531 EAST BRADFORD PARKWAY<br>SPRINGFIELD, MO 65804 |
| vs. | |
| Defendant/Respondent:<br>WAL-MART STORES EAST, LP | Court Address:<br>110 F SOUTH MAPLE<br>P O BOX 18<br>GALENA, MO 65656 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## Alias Summons in Civil Case

**The State of Missouri to:** WAL-MART STORES EAST, LP

**Alias:** *30*
*CTCOR*
*mm*

CT CORPORATION SYSTEM
120 S CENTRAL AVE
CLAYTON, MO 63105

**COURT SEAL OF**

*(court seal)*

**STONE COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_____July 12, 2021_____          _/s/Misty Smith, Deputy Clerk_
Date                                              Clerk

Further Information:

## Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☑ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: **LCW – D. GARCIA** (name) **INTAKE SPECIALIST** (title).

☐ other: _____

Served at **CT CORPORATION** _____ (address) in **St. Louis County** (County/City of St. Louis), MO, on **JUL 2 1 2021** (date) at **9 A.M.** (time).

_Tiffany Moore_
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer.

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____
Date                              Notary Public

## Sheriff's Fees, if applicable

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

*21-smcc 6219*          *7-19-21*

OSCA (06-18) SM30 (SMCC) *For Court Use Only:* Document Id # 21-SMCC-479          1 of 1          Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo